UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RICHARD A. ENGERT,
    Plaintiff,

    v.                          C.A. No. 16-

DOMINION DIAGNOSTICS, LLC
    Defendant.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441(a) and 1446, Dominion Diagnostics, LLC ("Defendant") removes Richard A. Engert v. Dominion Diagnostics, LLC, C.A. No. WC-2016-0433 from the State of Rhode Island, Washington County Superior Court to the United States District Court for the District of Rhode Island.

In further support of this Notice of Removal, Defendant states as follows:

### The Parties

1. Plaintiff Richard A. Engert is alleged in the state court complaint to be a resident of the Town of Danielson, County of Windham, State of Connecticut.

2. Defendant Dominion Diagnostics LLC is a Delaware corporation having an address of 211 Circuit Drive, North Kingstown, Rhode Island 02852.

### Nature of this Action

3. This is a claim bought pursuant to the Age Discrimination in Employment Act (the "ADEA") 29 U.S.C. § 621 et seq.; the Rhode Island Fair Employment Practices Act, R.I. Gen. Laws § 28-5-1 et seq. and the Rhode Island Civil Rights Act R.I. Gen. Laws § 42-112-1 et seq.

4849-2448-8248, v. 1

4. Removal is expressly authorized by 28 U.S.C. § 1441 and is based upon the District Court's original jurisdiction over claims arising under the laws of the United States and upon the diversity of citizenship of the parties.

5. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1332.

6. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391.

7. This Notice of Removal is being filed within 30 days of Defendant's receipt, through service or otherwise, of the summons and complaint, in accordance with 28 U.S.C. § 1446(a).

8. A copy of the summons and Complaint served upon Defendant is attached hereto as Exhibit A. Defendant is not aware of any other pleadings in the state court action, other than the Complaint and summons.

WHEREFORE, Defendant respectfully requests that this Honorable Court accept this Notice of Removal in accordance with 28 U.S.C. §§ 1441 and 1446, and that this civil action be removed, without waiver of procedural or substantive defenses, from the Superior Court of Rhode Island, Washington County, to this Court for all purposes.

Respectfully Submitted,
DEFENDANT
By their Attorneys,

PANNONE LOPES DEVEREAUX & WEST LLC


 /s/ Matthew C. Reeber
Matthew C. Reeber (#7702)
Rebecca M. Murphy (#8459)
317 Iron Horse Way, Suite 301
Providence, RI 02908
Tel: (401) 824-5100
Fax: (401) 824-5123
mreeber@pldw.com
rmurphy@pldw.com

4849-2448-8248, v. 1

## CERTIFICATION

I hereby certify on this 7th day of September, 2016 I mailed a copy of the within document, via first class mail to the following:

V. Edward Formisano, Esq.
Michael D. Pushee, Esq.
Formisano & Co.
100 Midway Place, Suite 1
Cranston, RI 02920

_/s/ Matthew C. Reeber_____

4849-2448-8248, v. 1